■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL DOCTOR, Appellant. [789 NYS2d 437]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Lewis, J.), rendered May 27, 2003, convicting him of grand larceny in the fourth degree, criminal impersonation in the second degree, and petit larceny, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80 [1982]). Krausman, J.P., Mastro, Rivera and Skelos, JJ., concur.